No. 06-13-00128-CR    PD-1212-15

| | | |
|---|---|---|
| ZACK G ELDRED ,JR | § | IN THE TEXAS COURT |
| PETITIONER | § | |
| | | |
| Vs, | § | Of |
| | § | |
| THE STATE OF TEXAS | § | |
| RESPONDENT | § | CRIMINAL APPEALS |

RECEIVED IN
COURT OF CRIMINAL APPEALS

Motion For Extension Of Time To File
Petition For Discretionary Review

SEP 18 2015

Abel Acosta, Clerk

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

COMES NOW, ZACK G ELDRED,JR  Petitioner, and files this Motion for Extension of (90) Ninity Days in which to file a Petition For Discretionary Review. In support of this Motion, Petitioner shows the Court of the following.

FILED IN
COURT OF CRIMINAL APPEALS

SEP 18 2015

Abel Acosta, Clerk

[I]

The Petitioner was convicted in the 102ed District Court Of Bowie County, Texas of the offense of Continuous Sexual Abuse Of A Child Under 14 Years Of Age and sentenced to Life With Out Parole in Cause No. 11F0762-102, Styled the State Of Texas Vs. Zack G Eldred Jr., Petitioner Appealed to the Court Of Appeals. SIXTH SUPREAM JUDICIAL DISTRICT, APPEAL No. 06-12-00177-CR.  This Appeal was dismissed for want of Jurisdiction on November 19, 2012, Late filing of the Appeal Ms. KRISTIN YOUNG file a 11.07 Habeas Corpus for Out-Of-Time-Appeal No. WR-79,560-01 Petition was Granted on June 12, 2013 New Appeal No. 06-13-00128-CR was subitted case was AFFIRMED on March 5, 2015. Applicant was NEVER informed by his Appeal attorney of The Appeal Courts Opinion or that his case was AFFIRMED untill applicant contacted the State Counsel For Offenders in TDCJ on July 22, 2014. Petitioner continued trying to contact his Appeal attorney Ms. KISTIN YOUNG who was no where to be found. She had left Petitioner without councel. Petitioner would futher show as a diligent attempt, He learned in a few

Page [1]

short months to file his First 11.07 Habeus Corpus to seek a OUT-OF-TIME-PDR Writ No. 11F0761-102-B. The Trail Court Made Recommentions and conclution of Law and Granted his Petition for Out-Of-Time PDR on July 17, 2015. The Court Of Criminal Appeals heard this Writ No. WR-79,560-03 Grant Applicant to file his PDR Courts Mandate issues on August 26, 2015 giving applicant 30 Days to file his Out-Of-Time PDR.

[II]

The present deadline for filing the Petition For Discretionary Review is September 25, 2015. The Petitioner has not requested any extension prior to this request. Petitioner ask the Court Understanding in that he is unschooled in Law and has Limited Legal resource in prison an only allowed 2 hours a day in the Units Law Library.

[III]

Petitioner's request for an extension is also based upon the Following FACT; Petitioner was NOT informed untill Sept 2 2015, and since that time Petitioner has been attempting to GAIN futher Legal reperestation in this matter. Petitioner's appeal attorney, Although it is SHE who left him without Counsle has again informed him she would be unable to assist him in this matter of Petition For Disceretionary Review, So once again, Petitioner is Pro-Se and ask the Courts Leniency.

Wherefore, Petitioner Prays this Honorable Court To Grant this Motion and Extend the DEADLINE for filing the Petition For Discretionary REview in Cause No. 06-13-00128-CR To December 24, 2015, A 90 Day Extension, From September 25, 2015

Respectfully Submitted

Zack G Eldred Jr

Petitioner Pro-Se

TDCJ #1812117

Clements Unit

Texas Department Of

Criminal Justice

Page [2]

INMATE DECLARATION


I, Zack G Eldred Jr,. TDCJ #1812117 Am the Petitioner and being
presently incarcerated in the Texas Department Of Criminal Justice Division
declare under penalty of perjury that, According to my belief, The Facts
Stated In The Above Attected Petition For Extension Of Time To File
Petitioner's First Petition Are True And Correct.


Signed 09/10/2015

_____
Petitioner
Zack G ELdred Jr Pro-Se
TDCJ #1812117